WILLIAM RUVINSKY, Appellant, *v.* PHILIP SCHONBERG et al., Defendants, and ALBERT STIEFEL, as Trustee in Bankruptcy of PHILIP SCHONBERG, Respondent.

(Submitted October 5, 1936; decided October 23, 1936.)

*Harry Malter* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking is filed and served within ten days, in which event the motion is denied.